IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02142-MSK-BNB

BARBARA J. DEADWILEY,

      Plaintiff,

v.

DONALD S. MCALVANY, individually and as Owner/General
Partner of International Collectors Associates, a Colorado limited partnership,
INTERNATIONAL COLLECTORS ASSOCIATES, LTD,
INTERNATIONAL COLLECTORS ASSOCIATES, LLD, and
DON MCALVANY'S ICA,

      Defendants.
_____

## ORDER REGARDING STIPULATION AND GRANTING EXTENSION
## OF TIME TO ANSWER
_____

**THIS MATTER** comes before the Court pursuant to the Stipulation to Dismiss Donald S. McAlvaney as a Defendant and Amend Complaint **(#7)**.

The Stipulation does not appear to request any particular action by the Court, and no Order is required to memorialize an agreement between the parties. To the extent that the Stipulation can be deemed to constitute a Motion to Amend the Complaint, no such leave is required at this stage pursuant to Fed. R. Civ. P. 15(a). To the extent the Stipulation can be deemed to be a Notice of Withdrawal of Claims against certain Defendants, no leave is necessary

pursuant to Fed. R. Civ. P. 41(a)(1).  To the extent that the Stipulation can be deemed to constitute the Defendants' Motion for Extension of Time to Answer the pending Complaint to January 6, 2006, such extension is **GRANTED**.

Dated this 21st day of December, 2005

BY THE COURT:

Marcia S. Krieger
United States District Judge