IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02142-MSK-BNB

BARBARA J. DEADWILEY,

Plaintiff,

v.

INTERNATIONAL COLLECTORS ASSOCIATION, LTD., a Colorado limited partnership,
n/k/a INTERNATIONAL COLLECTORS ASSOCIATES, LLLP, a Colorado limited liability
limited partnership,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **July 10, 2006**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 26, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge