IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02142-MSK-BNB

BARBARA J. DEADWILEY,

    Plaintiff,

v.

DONALD S. MCALVANY, individually and as Owner/General
Partner of International Collectors Associates, a Colorado limited partnership,
INTERNATIONAL COLLECTORS ASSOCIATES, LTD,
INTERNATIONAL COLLECTORS ASSOCIATES, LLD, and
DON MCALVANY'S ICA,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

**THIS MATTER** is before the Court on the Stipulation for Dismissal with Prejudice **(#21)** filed July 7, 2006. The Court having reviewed the foregoing:

**ORDERS** that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 10th day of July, 2006.

                    **BY THE COURT:**

                    Marcia S. Krieger
                    United States District Judge